UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

KAY X. YANG, and
XAPPHIRE LLC,

        Defendants,

and

CHAO YANG,

        Relief Defendant.

Case No. 2:22-cv-0450

Hon. J.P. Stadtmueller

## NOTICE OF RELATED ACTIONS

Pursuant to Local Civil Rule 3(b), Plaintiff Securities and Exchange Commission ("SEC") hereby informs the Court that this matter is related to the civil case pending in this District as *Commodity Futures Trading Commission v. Yang*, Case No. 2:22-cv-0449 (Adelman., J.). The cases arise from substantially the same transactions or events and involve substantially the same parties.

Dated: May 19, 2022

By: */s/BeLinda I. Mathie*
Robert M. Moye (moyer@sec.gov)
BeLinda I. Mathie (mathieb@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604

*Attorneys for the Plaintiff*