SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

vs.

                                        Case No. 2:22-cv-0450

                                        Hon. J.P. Stadtmueller

KAY X. YANG, and
XAPPHIRE LLC,

                Defendants,

and

CHAO YANG,

                Relief Defendant.

## MOTION FOR RELEASE AND FULL SETTLEMENT

    Kay X. Yang and Chao Yang, by special request files this motion for release and full settlement for this case 2:22-cv-0450 and all additional filings, thereof.

    Please take notice that Kay X. Yang and Chao Yang issued to UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN GSA bonds to release personal property from escrow. The release has been deposited and accepted into UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN and accepted by the Administrator of GSA. Send immediately Notice confirming that property has been released from escrow to non-corporate entity, Kay X. Yang and Chao Yang.

    Please take notice that Kay X. Yang and Chao Yang has served via register mail a copy of the GSA bond documents to the opposing counsel and parties involved.

    Please take notice that acquiescence and/or dishonor by the Plaintiffs and opposing counsels is acceptance of release and full settlement with prejudice. That this court or no other court shall make the same claim and request for deposit.

    We, Kay X. Yang and Chao Yang, hereby request that this court release from escrow the property and liens and settle in full this case 2:22-cv-0450 and all other filings thereof within 3 days and to direct the custodian of the aforementioned escrow account to deliver the listed property to the surety to the correct mailing address for receipt of all notices, documents, service or other

NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT

lawful materials as follows:

Kay-Xiong: Yang and Chao: Yang
c/o 9855 West Hawthorne Road
Mequon, Wisconsin [53097]

Seven day of the seven month year two thousand twenty-two

                    Respectfully Submitted:

                    _/s/ Kay-Xiong Yang_
                    Kay-Xiong: Yang, Beneficiary, Executor

                    _/s/ Chao Yang_
                    Chao: Yang, Beneficiary, Executor