UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2022 JUL 15 P 2: 55

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

KAY X. YANG, and
XAPPHIRE LLC,

        Defendants,

and

CHAO YANG,

        Relief Defendant.

Case No. 2:22-cv-0450

Hon. J.P. Stadtmueller

## AFFIDAVIT OF TRUTH

I, Kay-Xiong: Yang, being of sound mind and lawful age, do solemnly declare:

1. I am a free-woman, naturalized on the land of Wisconsin, of parents who were also naturalized. As a hereditament I acquired directly the status of Citizen-Principal of said state sharing equally in its sovereignty. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a woman, naturalized on the land of Ohio, I am not restricted by the 14th Amendment, and because I receive no protection from it, I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Nationalist of the aforesaid state of my naturalization and derivative and mediate thereof I am also a National of the united states of America as contemplated in the Constitutional Contract of 1787.

4. I am not a citizen of the United States as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency and "alien" to the citizenship of the 14th Amendment.

6. As the tax imposed in 26 U.S.C.1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me, as I am neither such a citizen nor resident.

7. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done under mistake by me not knowing that such filings were and are mandated only on citizens and residents of the United States as contemplated by the 14th Amendment.

8. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than that of the Constitutional Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, exclusive of the 14th Amendment.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the laws of the United States or any of the several states.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

Kay-Xiong: Yang — sui juris, with express reservation
of all my rights in law, equity, and all other natures of law.

Wisconsin State
Milwaukee County

Signed before me this __14__ day of __July__ 2022, by Kay-Xiong: Yang personally known to me and who did take an oath.

_____   SEAL
Notary Signature

__5/30/23__
Commission Expiration

NOTARY PUBLIC – STATE OF WISCONSIN





**1138782**
RONALD A. VOIGT
OZAUKEE COUNTY
REGISTER OF DEEDS
RECORDED ON
07/06/2022 12:58 PM
REC FEE: 30.00
TRANS FEE:
PAGES: 13
EXEMPT #:
ELECTRONICALLY RECORDED

**OZAUKEE COUNTY RECORDING DISTRICT**
**WISCONSIN STATE**

COURT OF RECORD OF THE LAND JURISDICTION
PUBLICLY RECORDED
TO ALTER, IGNORE, OR DISPOSE OF IS A FELONY

**AFFIDAVIT OF CITIZENSHIP EVIDENCE (2)**

Return to: Kay Xiong Yang
c/o rural route 9855 West Hawthorne Road
Mequon, Wisconsin [near 53097]

This cover sheet appears as the first page of the documents in the official public record.

Total Pages including cover page (13)

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCPAL IS NOTICE TO AGENT.**
CERTIFIED AND COPY RIGHTED :Yang, Kay-Xiong

# AFFIDAVIT OF
# CITIZENSHIP EVIDENCE

"I _Kay Xiong Yang_ being duly sworn, under the penalty of perjury of the laws of the United States of America hereby declare my intention and desire to be a national, with God given Constitutionally protected Rights and not a "citizen of the United States", in a condition of voluntary servitude with civil rights, under the scope and purview of the 14th Amendment.

As a national I am 'non resident' to the residency and 'alien' to the condition of 'voluntary servitude' of the 14th Amendment. National status is deceptively identified at 26 C.F.R. 1.1-1(a) as a 'non resident alien'.

Kay Xiong Yang  
YOUR NAME

289862073  
SS# OR EXISITING PASSPORT#

_(signature)_ 5/29/22  
NOTARY

May 29, 2022  
DATE

