UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2022 JUL 19 P 1:27

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

KAY X. YANG, and
XAPPHIRE LLC,

    Defendants,

and

CHAO YANG,

    Relief Defendant.

Case No. 2:22-cv-0450

Hon. J.P. Stadtmueller

## FORM-OF-AFFIDAVIT OF LIVE-LIFE-CLAIM

Attached and completed By: Kay-Xiong: Yang on July 19, 2022 in the city of Mequon, county of Ozaukee, state of Wisconsin.

I, Kay-Xiong: Yang, under penalty of perjury affirm, that the attachment LIVE-LIFE-CLAIM and this statement is true and correct to the best of my ability.

Hand delivered to the Court Clerk on July 19, 2022.

By: *(signature)* Kay-Xiong: Yang
Kay-Xiong: Yang, Beneficiary, Executor
Without Prejudice. All rights reserved.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Case 2:22-cv-00450-JPS Filed 07/19/22 Page 1 of 3 Document 20

Wisconsin State
Ozaukee County

Signed before me this __19__ day of __July__ 2022, by Kay-Xiong: Yang personally known to me and who did take an oath.

_____  SEAL
Notary Signature

__5/30/22__
Commission Expiration

NOTARY PUBLIC – STATE OF WISCONSIN

[Notary seal: TIFFANI YANG, NOTARY PUBLIC, STATE OF WISCONSIN]

RF 708 106 695 US





7/19/22

:C.-S.-C.-S.-L.-FLAG OF THIS VESSEL: RE 708 106 695 US $1.30 STAMP

## FOR THE CLAIMANT'S-KNOWLEDGE OF THIS LIVE-LIFE IS WITH THIS CLAIM BY THIS CLAIMANT.

~1 FOR THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS ARE WITH THE CLAIM OF THIS LIVE-LIFE IS WITH THIS CLAIM OF THE LIVEBIRTH-NAME: Mai-Kao:Xiong., ON THIS DATE~ 15 DAY WITHIN THE MONTH~June, THE-YEAR-~1981., ~BY MARRIAGE-WITH THE PARTY: Chao:Yang.~BY THEIR MARRIAGE- Kay-Xiong: Yang.

~2 FOR THESE WITNESS-KNOWLEDGE OF THIS LIVE-LIFE ARE WITH THESE CLAIMS OF THIS LIVE-LIFE-BIRTH/NATIVITY IN THE CITY-~NONGKHAI, COUNTRY-~THAILAND, WITH WITNESS, WITH THE PARENT-PARTIES: MOTHER: Der: Vang AND Vang-Shoua: Xiong.~BY THEIR MARRIAGE-Xiong.

~3 FOR THE WITNESS-KNOWLEDGE OF THIS LIVE-LIFE-CLAIM ARE WITH THE CLAIM OF THIS LIVE-LIFE-BIRTH WITH AN AUTHORIZATION OF THESE (3) THREE-WITNESS-AUTOGRAPHS: :WITNESS-ONE, :WITNESS-TWO, :CLAIMANT.

~4 FOR THE WITNESS-KNOWLEDGE OF THESE FACTS ARE WITH THIS LIVE-LIFE-BIRTH-CLAIM WITH THIS CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMER-PERFORMANCE OF THIS COMMUNICATIONS-CLAIM WITH THIS LIVE-LIFE-PARTY.

PICTURE:        FINGERPRINT(FP):

  

: Jenevie-Lyn : Yang

:WITNESS/ :AUTOGRAPH/ :COPYCLAIM ~For the date: JULY- 19 THE YEAR-~2022  FP:

: Vanida : Xiong

:WITNESS/ :AUTOGRAPH/ :COPYCLAIM ~For the date: JULY-____ THE YEAR-~2022  FP:

: Kay-Xiong: Yang    ~For the date: JULY- 19 THE YEAR-~2022
:AUTOGRAPH-CLAIMANT-LIFEBIRTH :AUTOGRAPH/:COPYCLAIM-is with the       FP:

in-cluding of this ~DATE-~DAY-MONTH-~YEAR by the now-time: ON-DEMAND: CLAIM.

