| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>vs.<br><br>KAY X. YANG, and<br>XAPPHIRE LLC,<br><br>                        Defendants,<br><br>and<br><br>CHAO YANG,<br><br>                        Relief Defendant. | Case No. 2:22-cv-0450<br><br>Hon. J.P. Stadtmueller |

# FINAL NOTICE

    Kay X. Yang files this FINAL NOTICE for this Case No.: 2:22-cv-00450.

    Please take FINAL NOTICE that Kay X. Yang made a special deposit to UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN to release personal property from escrow on June 28, 2022. The release has been accepted into UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN. As of today, July 19, 2022, the special deposit was not returned by the court. 21 days is acceptance. The special deposit was registered mailed into the court; all register mail documents are rightful and correct way to serve all parties and all contracts initiated by the United States Postal Office are factual and are considered contract acceptance.

    PLEASE take NOTICE of this FINAL NOTICE that this case is settled in full. That the opposing parties and this court or any other court may not claim for deposit for the same.

    For the record, this special request has satisfied all claims. I, Kay X. Yang have accepted this charge for the value and consideration and have returned it for the same.

    I, Kay Yang, hereby release from escrow the property and liens listed in this Case No.: 2:22-cv-00450. This FINAL NOTICE is on the record as PUBLIC NOTICE.



NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT

RF 708 106 749 US

Nineteenth day of the seven month year two thousand twenty-two

                              Respectfully Submitted by Special Deposit,

                              By: _____
                              Kay-Xiong: Yang, Beneficiary, Executor
                              Without Prejudice. All rights reserved.

Wisconsin State
Milwaukee County

Signed before me this ___19___ day of ___July___ 2022, by Kay-Xiong: Yang personally known to me and who did take an oath.

___Chao Thao___ SEAL
Notary Signature

___6/13/25___
Commission Expiration

NOTARY PUBLIC – STATE OF WISCONSIN