# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **4490** (Rev. 2-2005)

| Docket Number |
|---|
| 2:22-CV-0450 |

| Kind of Proceeding |
|---|
| FORFEITURE |

In the **7TH CIRCUIT COURT** Court for the **FORFEITURE**

In the Matter of:

SECURITIES EXCHANGE AND COMMISSION
vs.
KAY X YANG
XAPPHIRE LLC
CHAO YANG

| Taxpayer's Identifying Number: |
|---|
| Social Security Number |
| ■■■■ |
| Employer Identification Number |
| D-U-N-S 080103317 |

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. **7TH CIRCUIT COURT** is justly and truly indebted to the United States in the amount of **$16,500,000** with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
| CAPITAL GAIN | $16,500,000 | | | $16,500,000 | 04/13/2022 |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law: See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

(Notarize or witness if court requires)

Subscribed and Sworn to Before Me On

September / 20th / 2022
Month / Day

*Tiffani Yang* [notary stamp: TIFFANI YANG NOTARY PUBLIC STATE OF WISCONSIN]

| Signature | | |
|---|---|---|
| *Kay X. Yang* | | |
| Title | ID Number | Telephone Number |
| Accomodating Party | ■■■■ | 7256663370 |
| Address | | |
| Post Office Box 217 Mequon, Wisconsin 53092 | | |

Part 3 - For fiduciary (or Court if Part 1 is sent to fiduciary)

Form 4490 (Rev. 2-2005) Cat. No. 41704T