## AFFIDAVIT IN SUPPORT OF RULE.55(c) MOTION

I, Kay Yang, the undersigned, duly sworn under penalty of perjury affirm and verify that the attached motion for relief and the foregoing is truth. I Kay Yang affirm the following:

1. I am of age of the majority and are of sound mind and come with clean hands.
2. I, Kay Yang did not sign any documents nor contracts with the plaintiff and is without knowledge of who the plaintiff is.
3. I have not been served any complaint and if so, a response was made.
4. I, Kay Yang deny all of the alleged plaintiff's claims and are unaware of who the plaintiff is nor am I aware of the matter before the Court. I, Kay Yang have no business relationship with the alleged plaintiff nor have caused there to be signed any contract nor documents with the plaintiff nor have I received any lawful money nor credit or services from the plaintiff.
5. I, Kay Yang, control and conducts all business in the private and has no contact with the public.
6. The alleged plaintiff in the aforementioned action has no standing to bring a claim against Kay Yang. .

By: _____
Kay Yang
October 13, 2022

## Verification

I, the undersigned, being duly sworn under the penalty of perjury, affirm, that the above Affidavit in Support of The Motion for Relief is truth made under penalty of perjury and have reviewed the initial complaint for foreclosure; and in good faith, deny all claims in the aforementioned complaint.

The undersigned affiant(s) further sayeth naught.

By: _____
Kay Yang
October 13, 2022

STATE OF WISCONSIN NOTARY ACKNOWLEDGMENT

THE STATE OF WISCONSIN, COUNTY OF Milwaukee

On October, 20 22 before me, Linda-Cha, Notary Public in and for said county, personally appeared Kay Yang, affiant(s) who has/have satisfactorily identified themselves as the affiant(s) to the above-referenced document and being duly sworn under penalty of perjury swears that the statements in attached document are truth.

Notary Public Signature /Print  Linda-Cha / Linda-Cha

My commission expires: October 9, 2026