

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2022 N... ...  3: 24

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

       v.                          Civil Action No. 2:22-cv-0450

Kay Yang,

       Defendant,

## VERIFIED COUNTERCLAIM AND NOTICE OF FRAUD UPON THE COURT WITH AFFIDAVIT ATTACHED

**COMES NOW**, Kay Yang, Counterclaim Plaintiff, duly sworn under penalty of perjury and hereby files this Verified Counterclaim for relief and notice of fraud upon the Court with affidavit attached and says the following:

1. An unverifiable complaint was prepared, filed, unsworn, signed and witnessed by **Robert M. Moye & BeLinda I. Mathie** (hereinafter, "The Firm") and is fraudulently being misrepresented to the defendant and this Court as a complaint by and from **Securities And Exchange Commission** (hereinafter, "SEC").

2. The firm is named as Counterclaim defendant(s) for fraud upon the Court and filing a frivolous complaint in which resulted in the loss of ONE HUNDRED AND SIXTYTWO MILLION DOLLARS AND ZERO CENT ($162,000,000.00).

3. The Counterclaim Plaintiff is unaware of any contracts nor agreements between Kay Yang and the Counterclaim defendants nor with Kay Yang and the SEC which would constitute some sort of standing to file suit or claim against Kay Yang nor has the SEC ever, nor will ever stand before this nor any other Court as it is a fictitious entity and is not an injured party in this matter.

4. SEC cannot give authority to anyone to represent it as it cannot write, speak nor is it physical. Anyone with a logical, rational mind agrees with this fact as truth. The Firm is the true complainant but is without a claim as neither SEC nor the firm are firsthand witnesses in this matter. No affidavit(s) have been filed in this matter by the SEC nor the firm nor any claim.

**WHEREFORE**, Counterclaim Plaintiff demand that the action before this Court is dismissed immediately for fraud on the Court and property restored to Kay Yang.

By: _____
Yang, Kay-Xiong,
Without recourse

## NOTICE OF FRAUD UPON THE COURT

**Please take notice** that Kay Yang is not an attorney nor lawyer and is solely exercising constitutionally protected rights in defending private property against fraud, unlawful encumbrances and trespass. Kay Yang is not to be held to the same standards as a Lawyer nor Attorney.

1. Robert M. Moye and Belinda I. Mathie caused fraud upon this Court by solely filing, witnessing and preparing a frivolous complaint against Kay Yang without any proof of claim nor any affidavit proving standing; nor with authorization from someone with the authority to bind the organization SEC which appears to be the plaintiff.

2. The aforementioned individuals presented multiple fraudulent filings and motions under the name of the plaintiff, yet, the plaintiff is a fictitious entity and could not authorize Robert M. Moye and Belinda I. Mathie to bring an action before this Court. There is not one verifiable authorizing document reflected on the record nor within the docket that authorized the aforementioned individuals to bring action against Kay Yang nor her property.

3. No verifiable contract nor agreement exist between Kay Yang and the plaintiff.

4. The plaintiff has never given Kay Yang any lawful money nor anything of value nor does Kay Yang have any business with the Plaintiff.

5. This Court is of fraudulent nature as it presents itself to be judicial, it is not, it is purely administrative which deprives the defendants the Constitutionally protect right to due process ( named defendants were never served with a complaint from the plaintiff ) right to trial by jury, right to know who the claimant is (attorneys act as claimant).

6. For this Court to proceed forward without a guarantee that the defendants constitutionally protected rights are being protected and respected during these proceedings would be injurious and harmful to the defendants.

7. As In the following: United States v. Flint, 25 F. Cas. 1107, 4 Sawy. 42 (1876) Sept. 4, 1876 · United States Circuit Court for the District of California 25 F. Cas. 1107, 4 Sawy. 42 "3. The frauds for which judgments are impeachable in courts of equity are collateral acts, extrinsic to the merits. They are acts by which the successful party has prevented his adversary from presenting the merits of his case, or by which the jurisdiction of the court has been imposed upon. Collusion between the parties to obtain a decision injurious to a third person; the purloining of an adversary's testimony; the service of process in such a manner as to defeat its purpose: false representations that the parties are really before the court; are examples of such frauds as render the judgment impeachable."

8. Plaintiff, is not, has not, cannot and will not ever be before this nor any Court, any opposition to this fact is a false representation that plaintiff is, has or was ever before this or any Court.

By: *[signature]*
Yang, Kay-Xiong,
Without recourse

# AFFIDAVIT IN SUPPORT OF NOTICE OF FRAUD UPON THE COURT AND COUNTERCLAIM

I, Kay Yang, duly sworn under penalty of perjury hereby files this affidavit in support of notice of fraud upon the court and Counterclaim. I, Kay Yang swear that the following is true:

1. I, Kay Yang, am of clear mind and having reach the age of majority submits this affidavit attesting to the notice of fraud upon the Court and counterclaim and that all contained therein is truth made under penalty of perjury.
2. I, Kay Yang, have never received any lawful money nor anything of value from SECURITIES AND EXCHANGE COMMISSION nor Robert M. Moye & Belinda I. Mathie.
3. I, Kay Yang am unaware of who the true plaintiff is in this matter as I have never met nor caused any harm, injury nor damage to named plaintiff in this matter.
4. Robert M. Moye & Belinda I. Mathie are fraudulently acting as plaintiff in this matter and I, Kay Yang am not a debtor to the plaintiff in this matter nor the aforementioned named individuals whom have caused there to be filed a fraudulent complaint against Kay Yang.
5. The plaintiff itself has never appeared before this nor any Court.

By: _____
Yang, Kay-Xiong,
Without recourse

## Verification

I, Kay Yang, the undersigned, being duly sworn under the penalty of perjury swear that all contained in the Notice of fraud upon the court and counterclaim is truth.

*The undersigned affiant(s) further sayeth naught.*

Signature of Kay Yang: _____

# CERTIFICATE OF SERVICE

I, do hereby certify that a true and correct copy of the foregoing; the notice of Fraud upon the Court, Counterclaim and affidavit in support, was served upon the following parties by mailing same, first class, postage pre-paid, on this the 22nd day of November, 2022 to:

Robert M. Moye,

Belinda I. Mathie,

175 Jackson Boulevard, Suite 1450

Chicago, Illinois 60604

/s/ Kay Yang

Kay Yang, Affiant

## STATE OF WISCONSIN NOTARY ACKNOWLEDGMENT

THE STATE OF WISCONSIN

COUNTY OF MIWAUKEE

On November 22, 20 22 before me, _Linda Cha_ Notary Public in and for said county, personally appeared _Kay Yang_, affiant(s) who has/have satisfactorily identified themselves as the affiant(s) to the above-referenced document and being duly sworn under penalty of perjury swears that the statements in attached document are truth.

Notary Public Signature _Linda Cha_

Notary Public Printed _Linda Cha_

My commission expires: 10/9/2026



Chao: Yang
Kay-Xiong: Yang
c/o Post Office Box 217
Thiensville, Wisconsin

MILWAUKEE WI 530
22 NOV 2022 PM 7 L



Federal Court Admin, Court Clerk
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

NOV 25 2022

53202-458293