

**IN THE COURT OF UNITED STATES DISTRICT COURT** CLERK USDC EDWI
**EASTERN DISTRICT OF WISCONSIN** FILED

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | **Case Number: 2:22-cv-0450** 2023 MAR -3 P 2: 49 |
| **vs.** | **Clerk of Court: Gina Colletti**<br>**Chief Judge: Pamela Pepper**<br>**Judge: J.P. Stadtmueller** |
| **Kay-Xiong: Yang**<br>**Non-corporate entity** | ADMINISTRATIVE NOTICE: IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION |

---

### ADMINISTRATIVE NOTICE: IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION

Now comes Kay-Xiong:  Family of Yang a non corporate entity with a

ADMINISTRATIVE NOTICE: IN THE NATURE OF WRIT OF ERROR
CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION.
Pursuant to FRCP Rule 4 (j)

This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined under 28 USC 1602 -1611 FOREIGN SOVEREIGN IMMUNITY ACT (FSIA) is being jurisdictionally challenge and full disclosure of the true jurisdiction of this Court is now being demand.

Any failure to disclose the true jurisdiction is a violation of **15 Statutes at Large, Chapter 249 (section 1), enacted July 27 1868.**

Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States

Whereas the rights of expatriation is a nature and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Thereof.

Be it enacted by the Senator and the House of Representatives of the United States of American in Congress assembled, That any declaration, instruction, opinion, order, or decision, of any officers of is government which denies., restricts , impairs or questions the rights of expatriation , is hereby declared inconsistent with the fundamental principles of this government.

As an American Citizen I, **Kay-Xiong: Yang** hold the inherent right of the 11th amendment. The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State. If this FOREIGN STATE is misusing the name of this American Citizen identified as **Kay-Xiong: Yang,** by placing her name in all caps, for example **"KAY XIONG YANG", YANG XIONG KAY and any derivative of this name** or misusing the last name **YANG,** or using the term "person" as a CORPORATION, in that case  all complaints

and suits against such CORPORATION falls under the FSIA and the DEPT OF STATE OFFICES in Washington DC. DC now has to be notified pursuant to 22 CFR 93.1 -93.2., § 93.1 Service through the diplomatic channel .and § 93.2 Notice of suit or of default judgment. Based on this, a copy of the FSIA has to be filed with the complaint to the defendant's chief executive officer of that CORPORATION.

MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any case under the FOREIGN STATE definitions. This jurisdiction lies with the UNITED STATES DISTRICT COURT under the FSIA Statutes pursuant to 28 USC 1330.

Because the Defendant is a non corporate entity and is not registered with any Secretary of State as a CORPORATION the Prosecution has **FAILED** to state a claim to which relief can be granted under 12(b)(6). Therefore, this matter must be dismissed for lack of political, personam, and subject matter jurisdiction, Venue and under the 11th amendment.

Until a claim in which relief can be granted is stated, the Prosecution can not call default. Wherefore requesting for an extension to call default is frivolous intentions that will be a waste of time, Tax payers dollars and a hinderance to resolving court matters.

In cases of gross violations of international human rights law and serious violations of international humanitarian law constituting crimes under international law, States have the duty to investigate and, if there is sufficient evidence, the duty to submit to prosecution the person allegedly responsible for the violations.

I, **Kay-Xiong: Yang** have the right to an effective remedy when I have become aware of the fact that my human rights and fundamental freedoms are restricted or violated. I am also attaching my Fee and fine schedule that is on record at the court. here are the List of violations against the **KAY XIONG YANG Estate,** should there arise any situation out of or after this Notice of "ADMINISTRATIVE NOTICE: IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION", has been sent to you and received by you.

1. I, Kay-Xiong: Yang comes now, rebutting any presumptions, that have been put in place, for the benefit of the corporate courts, giving them an advantage, above that of this relator.
2. I, Kay-Xiong: Yang do not and will not submit to a court that is not and does not operate as a Court of Record.
3. I, Kay-Xiong: Yang openly and on this document is rebutting, the 12 presumptions of Roman Cannon law, 3228, Nunc pro tunc "now for then", Ab Initio, " from the beginning", as specified and noted in this relators declaration of status the UNITED STATES DISTRICT COURT for the Eastern District of Wisconsin, 517 E. Wisconsin Ave. Rm. 362 Milwaukee, WI 53202 , Case Number: 2:22-cv-0450.

   a. I, Kay-Xiong: Yang rebut, The Presumption of Public Record,
   b. I, Kay-Xiong: Yang rebut, The Presumption of Public Service,
   c. I, Kay-Xiong: Yang rebut, The Presumption of Public Oath,
   d. I, Kay-Xiong: Yang rebut, The Presumption of Immunity,
   e. I, Kay-Xiong: Yang rebut, The Presumption of Summons,
   f. I, Kay-Xiong: Yang rebut, The Presumption of Custody,
   g. I, Kay-Xiong: Yang rebut ,The Presumption of Court of Guardians,
   h. I, Kay-Xiong: Yang rebut, The Presumption of Court of Trustees,
   i. I, Kay-Xiong: Yang rebut, The Presumption of Government acting in two roles as Executor and Beneficiary,

j.  I, Kay-Xiong: Yang rebut, The Presumption of Executor De Son Tort,
k.  I, Kay-Xiong: Yang rebut, The Presumption of Incompetence, and
l.  I, Kay-Xiong: Yang rebut, The Presumption of Guilt.

## Definitions

**Corpus Juris Secundum "The Body of Law" or Legal encyclopedia, Volume 7, Section 4:**
**as                                                                                                 quoted:**
"Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter". The Biggest problem today is that People do not know their own rights & blindly entrust their rights to someone else. BLACK'S LAW DICTIONARY FIFTH EDITION

### Foreign Court

The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

### Foreign jurisdiction

Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Long - arm Service of process is a form of such foreign or extraterritorial jurisdiction

### Foreign laws

The laws of a foreign country, or of a sister state. In conflict of law, the legal principle of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "jus receptum"

### Foreign Corporation

A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation

**TITLE 26 - INTERNAL REVENUE CODE** Subtitle F - Procedure and Administration, CHAPTER 79 – DEFINITIONS Sec. 7701. Definitions (5) Foreign The term "foreign" when applied to a corporation or partnership mean a corporation or partnership which is not domestic."

### Foreign service of process

Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3)

### Foreign states

Nations, which are outside the United States. Term may also refer to another state; i.e. a sister state.

### Foreign immunity

With respect to jurisdiction immunity of foreign nation, see 28 U.S.C.A 1602 et seq.

**Profiteering**

Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

**Person**

In general usage, a human being (i.e. nature person) thought by statute term may include a firm, labor organizations, partnerships, associations, corporations, ,legal representative, trustees, trustees in bankruptcy ,or receivers. National Labor Relations act, §2(1). A corporation is a" person" within meaning of equal protection and due process provisions of United States Constitution.

**Writ of error coram nobis**

A common-law writ, the purpose of which is to correct a judgment in the same court in which it was rendered, on the ground of error of fact, for which it was statutes provides no other remedy, which fact did not appear of record, or was unknown to the court when judgment was pronounced, and which ,if known would have prevented the judgment, and which was unknown, and could of reasonable diligence in time to have been otherwise presented to the court, unless he/she was prevented from so presenting them by duress, fear, or other sufficient cause.

Writ of error a common law writ directing an inferior court to remit the record of a legal action to the reviewing court in order that an error of law may be corrected if it exists. A writ of coram nobis is a court order in a criminal proceeding that allows a trial court to reconsider a verdict upon the discovery of new facts that were not available during trial At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried and opportunity to correct its own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law, it lay to correct purely ministerial errors of the officers of the court.

By: _Kay - Xiong, Yang_

Kay-Xiong: Family of Yang [LS]

## PROOF OF SERVICE

Now comes Kay-Xiong: Yang with an **ADMINISTRATIVE NOTICE: IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION.** To be placed before the Clerk of Court of the UNITED STATES DISTRICT COURT Eastern District of Wisconsin and this 27th day of February in the year of our Lord 2023 AD.

By: _Kay - Xiong Yang_

Kay-Xiong: Family of Yang [LS]

CC: Governor of Wisconsin; Tony Evers
P.O. Box 7863
Madison, WI 53707

Doug La Follette
The Office of the Secretary of State
P.O. Box 7848
Madison, WI 53707 – 7848

Attorney General Josh Kaul
PO Box 7857
Madison, WI 53707-7857

SECURITIES AND Exchange COMMISSION
Robert M. Moye
BeLinda I. Mathie
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604

2023 MAR -3 P 2:50

CLERK USDC EDWI
FILED

Kay Xiong Yang
c/o Post Office Box
Thiensville, Wiscon...

United States Federal Building
and Courthouse Court Clerk
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

