UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>    vs.<br><br>KAY X. YANG, and<br>XAPPHIRE LLC,<br><br>                Defendants,<br><br>and<br><br>CHAO YANG,<br><br>                Relief Defendant. | Case No. 2:22-cv-0450<br><br>Hon. J.P. Stadtmueller |

**DECLARATION OF KATHLEEN SWEENEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Kathleen Sweeney, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am over 18 years of age, and I am employed as a Staff Accountant in the Chicago Regional Office of the United States Securities and Exchange Commission (the "SEC"), located at 175 West Jackson Boulevard, Suite 1450, Chicago, Illinois 60604. My official duties include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been, are presently being, or are about to be violated, and assisting in the SEC's litigation of enforcement actions.

2. I received a Bachelor of Science in Accounting & Finance from Georgetown University. I am a licensed Certified Public Accountant.

3. I make this declaration in support of the SEC's Motion for Default Judgment against Defendants Kay X. Yang and Xapphire LLC, and Relief Defendant Chao Yang (collectively, "Defendants"): (a) to summarize the contents of voluminous documents; and (b) based on my personal knowledge of certain financial records and calculations.

4. In January 2020, I was assigned to assist with the SEC's investigation relating to Defendants. Since that time, I have undertaken various tasks to become familiar with the subject matter of this litigation, including reviewing documents and other records available in the SEC's investigatory files and through participating in witness interviews. Among other things, I have reviewed bank records, brokerage records, and public records, as well as financial records prepared by Kay Yang.

5. At the request of the SEC's attorneys, I reviewed and analyzed the following financial records relating to Defendants and their affiliated entities:

- Records for bank accounts held at Ally Bank in the names of Kay Yang and Chao Yang;

- Records for a car loan from Ally Bank made to Kay Yang;

- Records for credit cards issued by American Express Company in the names of Kay Yang and Chao Yang;

- Records for bank accounts held at Associated Banc-Corp. in the names of Chao Yang and Kay Yang, C&K Associates LLC, AK Global Advising Ltd, and Xapphire LLC;

- Records for bank accounts held at Axos Bank in the name of AK Equity Group LLC and Xapphire LLC;

- Records for bank accounts held at Azlo Bank (BBV USA) in the name of Xapphire LLC and C&K Associates LLC;

- Records for accounts held at Bill.com in the names of AK Equity Group LLC, AK Equity LLC, Xapphire Fund LLC, and Xapphire LLC;

- Records for bank accounts held at BMO Harris Bank, N.A. in the name of Chao Yang and Kay X. Yang;

2

- Records for bank accounts held at Capital One, N.A. in the names of AK Equity Group LLC and Chao Yang;

- Records for credit cards issued by Capital One in the names of Kay Yang and Chao Yang;

- Records for a car loan from Chase Auto Finance made to Chao Yang;

- Records for bank accounts held at Citibank, N.A. in the name of Kay Yang;

- Records for credit cards issued by Discover Financial Services, Inc. in the names of Kay Yang and Chao Yang;

- Records for bank accounts held at Equity Bank and Trust Bahamas Limited in the names of Xapphire G Fund and Xapphire Global Investments Limited;

- Records for credit cards issued by JPMorgan Chase Bank, N.A. in the names of Chao Yang and AK Equity Group LLC;

- Records for an account at PayPal in the name of Kay Yang;

- Records for bank accounts held at PNC Bank in the names of AK Equity Group LLC and Kay Yang;

- Records for bank accounts held at Radius Bank (n/k/a LendingClub Bank, N.A.) in the name of Xapphire LLC;

- Records for an account at TransferMate held in the name of AK Equity Group LLC;

- Records for a bank account held at UMB Bank, N.A. in the names of Xapphire LLC and Xapphire Fund LLC; and

- Records for an account at VEEM held in the name of AK Equity Group LLC.

Among other things, I reviewed account opening documents, account statements, records of incoming and outgoing wire transfers and checks, and records of deposits and charges.

6. At the request of the SEC's attorneys, I also reviewed and analyzed the following financial records relating to Defendants and their affiliated entities:

- Records for a brokerage account held at Advanced Markets Ltd. in the name of AK Global Advising Limited;

3

- Records for a brokerage account held at Interactive Brokers LLC in the name of Kay Yang;

- Records for brokerage accounts held at LMAX Broker Limited in the names of Xapphire Fund LLC, Xapphire Fund LLC 2, Xapphire Fund LLC 3, Xapphire LLC, Xapphire LLC 2, and Xapphire LLC 3;

- Records for brokerage accounts held at OANDA in the names of AK Equity Group LLC and Xapphire LLC;

- Records for brokerage accounts held at Scandinavian Capital Markets in the names of Cheng AK Global Advising, Commission Account, Xapphire Corporation, and Xapphire Fund LLC; and

- Records for brokerage accounts held at CFH Clearing Limited in the name of Xapphire G Fund Limited.

Among other things, I reviewed account opening documents, account statements, records of incoming and outgoing transfers, and trading activity.

7. I also reviewed a collection of documents produced by real estate title companies, a casino, airlines, hotels, travel agencies, and automotive dealerships (collectively, "Use of Funds Records") showing transactions with or financed by Defendants.

8. In addition, I reviewed a number of client agreements with AK Equity Group LLC, including Customer Account Agreements and Limited Power of Attorney agreements, Xapphire Fund LLC Subscription Agreements, and the Xapphire Fund LLC Private Placement Memorandum. These agreements memorialized arrangements between Kay Yang and her clients, including the performance and management fees owed to AK Equity Group LLC or Xapphire LLC.

9. I also participated in witness interviews with the following investors in AK Equity Group LLC and/or Xapphire Fund LLC: Kenry Wangh, Mo Yang, Koua Thao, Mai Xiong, and Linda Yang. I participated in a witness interview with Shawn Cha, an investor in Xapphire G

4

Fund, and reviewed written summaries of other witness interviews conducted by SEC staff, among other things.

10. Several investors stated that they: (a) gave Kay Yang money to invest it on their behalf in foreign exchange trading; and (b) received assurances that their money was invested and the investment was increasing in value. Several investors referenced a website with what they were told was an investor "portal" where they could log in and see the performance of their investment.

11. However, during my review of the bank records and brokerage records, I determined that Defendants did not invest all of the money they received from investors in foreign exchange trading. Defendants did on some occasions send investor funds out for foreign exchange trading, but on other occasions, investor funds were spent shortly after being deposited on personal expenses.

12. Furthermore, my review of the brokerage account records determined that Defendants' foreign exchange trading was not profitable. Although there were some months where the trading resulted in profits, in other months, the trading results were negative, and overall, the losses outweighed any profits.

13. My review of screenshots of account statements and the results available on the investor "portal" provided by Defendants to two investors determined that the statements were misleading and not an accurate reflection of the results of the foreign exchange trading activity. The screenshots I reviewed purported to show monthly profits for the two investors' personal investment in excess of the actual total monthly trading profits for AK Equity and Xapphire.

14. At the request of the SEC's attorneys, I used information from the bank records, brokerage records, and Use of Funds Records to prepare summaries of the amounts that

Defendants received from investors, amounts that Defendants returned to investors, amounts sent for foreign exchange trading, amounts spent on business expenses, amounts returned to investors in prior ventures, and amounts used by Kay Yang or Chao Yang for personal expenses.

15. After reviewing all of the bank records and brokerage records, described above, I determined that Defendants only used about $7.1 million of the $16.5 million of investor funds raised for foreign exchange trading. Defendants received only $2.1 million back from the brokerages. Defendants used approximately $3.3 million of investor funds for business expenses. Approximately $2.7 million was returned to investors. Kay Yang used at least $400,000 to repay investors in a prior venture. According to my calculations, Kay Yang and Chao Yang used at least $4,497,748 of investor funds for personal expenses, including purchases and withdrawals at casinos, homes for herself, family, and others, everyday living expenses, personal and family travel, and luxury cars. My summary of the uses of investor funds is attached as Exhibit A.

16. At the request of the SEC's attorneys, I also used information from the brokerage records and the clients' agreements with AK Equity Group LLC or Xapphire Fund LLC to determine the amount of fees Kay Yang legitimately earned pursuant to her written agreements with her clients. According to my calculations, Kay Yang earned only $837,536 in fees. To be conservative, this figure was calculated using assumptions favorable to Kay Yang. My summary of how the fees were calculated is attached as Exhibit B.

17. The total amount of investor funds Defendants used to repay investors in a prior venture and for personal expenses is at least $4,897,748 (at least $400,000 to repay investors plus at least $4,497,748 for personal expenses). The difference between that amount and the $837,536 in earned fees is $4,060,212. *See* Exhibits A and B.

18. At the request of the SEC's attorneys, I also calculated how much investor money Relief Defendant Chao Yang received, or was spent to pay his personal expenses such as credit cards. According to my calculations, of the $4,060,212 misappropriated by Defendants, $830,502 was spent by or for the benefit of Chao Yang.

19. At the request of the SEC's attorneys, I calculated prejudgment interest on the $4,060,212 misappropriated by Defendants, and on the $830,502 amount received by Chao Yang personally. The prejudgment interest was calculated applying the interest rate, adjusted quarterly, used by the IRS for computation of interest on underpayment of taxes. Interest was compounded quarterly beginning at the end of the month in which the SEC's complaint was filed, when all money had been raised from the investors.

20. As of February 28, 2023, prejudgment interest on the total amount of $4,060,212 was $188,787.16. As of February 28, 2023, prejudgment interest on the amount received by Chao Yang was $38,615.75. A copy of my prejudgment interest calculation is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2023.

Kathleen Sweeney

# Exhibit A

**Summary of Uses of Investor Funds**

| | | |
|---|---|---:|
| Funds raised from AK Equity and Xapphire investors | $ | 16,562,103 |
| **Uses:** | | |
|     Funds sent to foreign exchange brokerage firms | $ | (7,095,000) |
|     Funds received back from foreign exchange brokerage firms | $ | 2,095,030 |
| Net Amount Sent to foreign exchange brokerage firms | $ | (4,999,970) |
| Business expenses | $ | (3,371,469) |
| Amount repaid to AK Equity and Xapphire investors | $ | (2,740,773) |
| Funds misappropriated to repay investors in previous venture | $ | (400,000) |
| Funds misappropriated for personal use | $ | (4,497,748) |
| Unallocated / Other | $ | (552,143) |
| **Balance** | $ | - |

# Exhibit B

**Calculation of Fees Earned by Kay Yang**

|  | AK Equity Group LLC | Xapphire LLC | Total | Notes |
|---|---:|---:|---:|---|
| Performance Fee | $ 456,556 | $ 189,219 | $ 645,775 | [1] |
| Management Fee | $ 94,345 | $ 97,416 | $ 191,761 | [2] |
| **Total** | **$ 550,901** | **$ 286,635** | **$ 837,536** | |

Notes:

[1] The performance fee for AK Equity Group LLC is calculated by taking 35% of the monthly total net realized and unrealized profits. The performance fee for Xapphire LLC is calculated by taking 10% of the monthly total net realized and unrealized profits. Although Kay Yang agreed to lower the performance fee for certain clients, to remain conservative we used 35% and 10% for AK Equity Group LLC and Xapphire LLC, respectively.

[2] The management fee for both AK Equity Group LLC and Xapphire LLC is calculated using a 2% annual fee. Although Kay Yang agreed to lower the management fee for certain clients, to remain conservative we applied 2%.



# Exhibit C

## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$4,060,212.00** |
| 05/01/2022-06/30/2022 | 4.00% | 0.67% | $27,142.24 | $4,087,354.24 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $51,511.86 | $4,138,866.10 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $62,593.26 | $4,201,459.36 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $47,539.80 | $4,248,999.16 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **05/01/2022-02/28/2023** | | | **$188,787.16** | **$4,248,999.16** |



# Exhibit C

## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$830,502.00** |
| 05/01/2022-06/30/2022 | 4.00% | 0.67% | $5,551.85 | $836,053.85 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $10,536.57 | $846,590.42 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $12,803.23 | $859,393.65 |
| 01/01/2023-02/28/2023 | 7.00% | 1.13% | $9,724.10 | $869,117.75 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **05/01/2022-02/28/2023** | | | **$38,615.75** | **$869,117.75** |