NON-NEGOTIABLE CHARGE-BACK ORDER
PRIORITY EXEMPT FROM LEVY – PREPAID COMMON STOCK
OFFICE HOLDER SECRETARY OF THE TREASURY
I ACCEPT FOR VALUE ALL RELATED ENDORSEMENTS, PRESENTMENTS, AND FEES IN ACCORDANCE
WITH UCC 3-419, HJR 192, PUBLIC LAW 73-10, AND SENATE DOCUMENT 43, 73RD CONGRESS
CHARGE MY PRIVATE PREPAID TREASURY ACCOUNT #1I56111292
COMMAND THE MEMORY OF: **KAY X YANG 289-862073**

DISCHARGE ALL PRESENTMENTS AND ZERO THE BALANCES.

I HEREBY CERTIFY THAT THIS IS A TRUE
AND EXACT COPY OF THE ORIGINAL DOCUMENT.

exp.: 6/13/25

Chao Thao
NOTARY
PUBLIC
STATE OF WISCONSIN



PRIVATE & CONFIDENTIAL

**KAY XIONG YANG TRUST**

c/o Poste Restante / General Post-Office

c/o RR RFD C770 124 West Freistadt Rd Suite 217

Thiensville, Wisconsin Republic near 92(53092) – 9998



# DECLARATION OF GOOD FAITH

Be it known to courts, governments, corporation and or any other concerned parties, that I, Kay-Xiong: Yang, (hereafter "Declarant"), authorized representative for **KAY XIONG YANG TRUST**, do hereby, certify under my own unlimited commercial liability, that I am of lawful age and having first hand knowledge of the facts herein with no proof or record to the contrary, do declare, affirm and attest in my own writing that the following plain statement of material facts is true, correct and materially complete, not intended to mislead:

1. Declarant hereby states that the filing submission of the accompanying GSA-FAR Forms

   a. Optional Form 90 (Release of Lien on Real Property),
   b. Optional Form 91 (Release of Personal Property),
   c. Standard Form 28 (Affidavit of Individual Surety),
   d. Standard Form 24 (Bid Bond),
   e. Standard Form 25A (Payment Bond),
   f. Standard Form 25 (Performance Bond),
   g. Standard Form 1416 (Payment Bond for Other than Construction Contracts),
   h. Standard Form 1418 (Performance Bond for Other than Construction Contracts),
   i. Standard Form 273 (Reinsurance Agreement for a Bonds Statute Performance Bond),
   j. Standard Form 274 (Reinsurance Agreement for a Bonds Statute Payment Bond), and
   k. Standard Form 275 (Reinsurance Agreement in Favor of the United States).

Are respectfully submitted in good faith pursuant to Declarant's knowledge of her status under the United States Bankruptcy of 1933 and of the United States Government's obligations to Declarant pursuant to Chapter 48, 48 Stat §112.

2. Declarant's intentions are honorable. Thus, said forms are to be deemed void where prohibited by law if submission is misplaced due to misapprehension of the laws statutes and or regulations governing their use.

3. When recipients of said forms chooses to deem the same to be misplaced in their application, the recipient must support such denial with substantiated authority and capacity of said refusal.

**KAY XIONG YANG TRUST**

c/o Poste Restante / General Post-Office
c/o RR RFD C770 124 West Freistadt Rd Suite 217
Thiensville, Wisconsin Republic near 92(53092) – 9998

4. **PLEASE TAKE NOTICE**: When submission of the GSA-FAR forms are not prohibited
by law and the recipient retains the forms beyond 72 hours after receipt of the same,
under Commercial Law, recipient agrees with the Declarant that it will be deemed that
the recipient accepted the forms and consented or implicitly consent to the applicable
terms regarding the GSA-FAR and their application in the instant matter.

All Rights Reserved Without Prejudice

By: _____

Kay Xiong Yang
Authorized Representative
May 25, 2023

Signed in the presence of:

Witness Name: ____CHAO  THAO____

Witness Signature: ____Chao Thao____

Witness Name: ____John Yia Vang____

Witness Signature: _____

Original:
U.S. General Services Administration
Attn: Robin Carnahan
1800 F Street, NW
Washington, DC 20405

Headquarters
U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

Middle District of North Carolina
ATTN: Sandra J. Hairston
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401

CC:
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

## RELEASE OF LIEN ON REAL PROPERTY

Whereas _____ KAY XIONG YANG _____ , of _____ INS # A27 983 174 OHIO _____ , by a bond
_____ (Name) _____ (Place of Residence)
for the performance of U.S. Government Contract Number _____ 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 _____ ,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

and recorded this pledge on _____ account number: 22-CV-450-JPS _____
(Name of Land Records)
in the UNITED STATES DISTRICT COURT EASTERN DISTRICT of _____ WISCONSIN _____ ,
_____ (Locality) _____ (State)
and

Whereas, I, _____ KAY XIONG of the family YANG _____ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

05/25/2023

[Date]

[Signature]

AUTHORIZED FOR LOCAL REPRODUCTION

[Seal]

OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228 (n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas    KAY XIONG YANG    , of    INS # A27 983 174 OHIO    , by a bond
         (Name)              (Place of Residence)
for the performance of U.S. Government Contract Number

became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

   in Account Number           22-CV-450-JPS          on deposit

   at      UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN
                     (Name of Financial Institution)

located at      517 E. WISCONSIN AVE. RM. 362 MILWAUKEE, WI 53202       , and
                 (Address of Financial Institution)

Whereas I,     KAY-XIONG of the family YANG          , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:


and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN.

         (Name of Financial Institution)

05/25/2023
[Date]

                         [Signature]

                         Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden; or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | **SS.** |
|---|---|---|
| WISCONSIN | MILWAUKEE | |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME | 2A. HOME ADDRESS | |
|---|---|---|
| *(First, Middle, Last) (Type or Print)* | *(Number, Street, City, State, ZIP Code)* | |
| KAY XIONG YANG | | |
| 3. TYPE AND DURATION OF OCCUPATION | INS# A27 983 174 | |
| | | |
| SURETY/LIFETIME | 2B. TELEPHONE NUMBER | 2C. EMAIL ADDRESS |
| | 414-297-3372 | |

| 4A. NAME AND ADDRESS OF EMPLOYER *(Number, Street, City, State, ZIP Code) (If self-employed, so state)* | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* | |
|---|---|---|
| UNITED STATES FEDERAL BUILDING AND COURTHOUSE 517 E. WISCONSIN AVE. RM. 362 MILWAUKEE, WI 53202 | Depository Trust Company 55 Water Street, 1st Floor New York, New York 10041 | |
| | 5B. SURETY BROKER EMAIL ADDRESS | |
| 4B. EMPLOYER EMAIL ADDRESS | 5C. HOME TELEPHONE NUMBER | 5D. BUSINESS TELEPHONE NUMBER |

| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY *(Number, Street, City, State, ZIP Code)* | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS | 6C. ROUTING TRANSIT NUMBER (RTN) |
|---|---|---|
| UNITED STATES FEDERAL BUILDING AND COURTHOUSE 517 E. WISCONSIN AVE. RM. 362 MILWAUKEE, WI 53202 | 6D. CONTACT PERSON NAME J.P. STADTMUELLER | 6E. CONTACT PERSON TELEPHONE NUMBER (414) 297-1122 |
| | 6F. CONTACT PERSON EMAIL ADDRESS | |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

SEE ATTACHED PROPERTY

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

SEE Deal Number: 22-CV-450-JPS
SEE ATTACHED RELEASE OF LIEN ON REAL PROPERTY (OPTIONAL FORM 90).
RELEASE OF PERSONAL PROPERTY FROM ESCROW (OPTIONAL FORM 91).

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

SEE ATTACHMENTS

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
|---|---|
| | SEE Deal Number: 22-CV-450-JPS |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | MILWAUKEE, WISCONSIN | |
| 05 | 25 | 2023 | | |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
|---|---|---|
| CHAO THAO | Chao Thao | 06/17/25 |

STANDARD FORM 28 (REV. 2/2021) PAGE 2

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

| **BID BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 04/13/2022 | |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL (Legal name and business address)
Kay-Xiong: Yang, Principal, Grantee
non-assumpsit/TDC
c/o Post Office Box 217
Thiensville, Wisconsin 53092-0217

TYPE OF ORGANIZATION ("X" one)
[X] INDIVIDUAL [ ] PARTNERSHIP [ ] JOINT VENTURE
[ ] CORPORATION [ ] OTHER (Specify)
STATE OF INCORPORATION
INS# A27 983 174

SURETY(IES) (Name and business address)
KAY XIONG YANG
DEPOSITORY TRUST COMPANY
55 WATER STREET 1ST FLOOR
NEW YORK, NEW YORK 100441

| PENAL SUM OF BOND | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | BID DATE | INVITATION NUMBER |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | |
| 100 | 40 | 000 | 00 | 00 | FOR (Construction, Supplies or Services) | Case Number: 22-CV-450-JPS |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS: Chao Thao

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Kay-Xiong: Yang, Principal, Grantee Authorized Representative / Attorney infact | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | (Seal) |
| NAME(S) (Typed) | 1. KAY XIONG YANG | 2. | |

| CORPORATE SURETY(IES) | | | |
|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable Case 2:22-cv-00450-JPS   Filed 05/30/23   Page 9 of 25   Document 62
STANDARD FORM 24 (REV. 8/2016)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) · (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)." on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

STANDARD FORM 24 (REV. 8/2016) BACK

| **PAYMENT BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 04/13/2022 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Kay-Xiong: Yang, Principal, Grantee non-assumpsit/TDC c/o Post Office Box 217 Thiensville, Wisconsin 53092-0217 | [X] INDIVIDUAL [ ] PARTNERSHIP [ ] JOINT VENTURE [ ] CORPORATION [ ] OTHER *(Specify)* | | |

STATE OF INCORPORATION
INS# A27 983 174

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| KAY XIONG YANG DEPOSITORY TRUST COMPANY 55 WATER STREET 1ST FLOOR NEW YORK, NEW YORK 100441 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 40 | 000 | 00 | 00 |
| | CONTRACT DATE 05/25/2023 | | CONTRACT NUMBER 22-CV-450-JPS | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS: *Chao Thao*

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *[signature]* | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | Kay-Xiong Yang, Principal, Grantee Authorized Representative / Attorney infact | 3. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *[signature]* (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | KAY-XIONG YANG | 2. | |

| | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) **BACK**

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>04/13/2022 | **OMB Control Number: 9000-0045**<br>**Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br>Kay-Xiong: Yang, Principal, Grantee<br>non-assumpsit/TDC<br>c/o Post Office Box 217<br>Thiensville, Wisconsin 53092-0217 | TYPE OF ORGANIZATION *("X" one)*<br>[X] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE<br>[ ] CORPORATION   [ ] OTHER *(Specify)*<br><br>STATE OF INCORPORATION<br>INS# A27 983 174 |
|---|---|

| SURETY(IES) *(Name(s) and business address(es))*<br>KAY XIONG YANG<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET 1ST FLOOR<br>NEW YORK, NEW YORK 100441 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S)<br>40 | THOUSAND(S)<br>000 | HUNDRED(S)<br>00 | CENTS<br>0 |
| | CONTRACT DATE<br><br>05/25/2023 | | CONTRACT NUMBER<br>22-CV-450-JPS | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)     Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:     Chao Thao

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | 3. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | Kay-Xiong: Yang, Principal, Grantee<br>Authorized Representative / Attorney infact | | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | (Seal) |
| NAME(S) *(Typed)* | 1. KAY XIONG YANG | 2. | |

| | | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) 100% OF AMOUNT | TOTAL ($) 100% OF TOTAL VALUE |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 8/2016) BACK

| **PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 04/13/2022 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) Kay-Xiong: Yang, Principal, Grantee non-assumpsit/TDC c/o Post Office Box 217 Thiensville, Wisconsin 53092-0217 | TYPE OF ORGANIZATION ("X" one) |  |  |  |
|---|---|---|---|---|
|  | [X] INDIVIDUAL |  | ☐ PARTNERSHIP |  |
|  | ☐ JOINT VENTURE |  | ☐ CORPORATION |  |
|  | STATE OF INCORPORATION INS# A27 983 174 |  |  |  |

| SURETY(IES) (Name(s) and business address(es)) (Include ZIP code) | PENAL SUM OF BOND |  |  |  |
|---|---|---|---|---|
| KAY XIONG YANG DEPOSITORY TRUST COMPANY 55 WATER STREET 1ST FLOOR NEW YORK, NEW YORK 100441 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|  | 40 | 0 | 0 | 0 |
|  | CONTRACT DATE 05/25/2023 | | CONTRACT NUMBER 22-CV-450-JPS | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:  *Chao Thao*

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is NOT usable | **STANDARD FORM 1416 (REV. 10/1998)** Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

| | | PRINCIPAL | | | | |
|---|---|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | | 3. (Seal) | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | Kay-Xibng Yang, Principal, Grantee Authorized Representative / Attorney infact | 2. | | 3. | | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | 2. | (Seal) |
| NAME(S) & TITLE(S) (Typed) | KAY-XIONG YANG | 2. | |

| | | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

  (b) Where Individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| **PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 04/13/2022 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) Kay-Xiong: Yang, Principal, Grantee non-assumpsit/TDC c/o Post Office Box 217 Thiensville, Wisconsin 53092-0217 | TYPE OF ORGANIZATION ("X" one) [X] INDIVIDUAL    PARTNERSHIP JOINT VENTURE    CORPORATION STATE OF INCORPORATION INS# A27 983 174 | |
|---|---|---|

| SURETY(IES) (Name(s) and business address(es)) **KAY XIONG YANG** **DEPOSITORY TRUST COMPANY** **55 WATER STREET 1ST FLOOR** **NEW YORK, NEW YORK 100441** | PENAL SUM OF BOND | |
|---|---|---|

| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|---|
| | 40 | 0 | 0 | 0 |
| CONTRACT DATE 05/25/2023 | CONTRACT NUMBER 22-CV-450-JPS | | | |
| OPTION DATE | OPTION NUMBER | | | |

#### OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

#### CONDITIONS:

The principal has entered into the contract identified above.

#### THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS: *Chao Thao*

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)*    2. | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Kay-Xiong: Yang, Principal, Grantee Authorized Representative / Attorney infact    2. | |

| **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) (Typed) | 1. KAY XIONG YANG | 2. |

| **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|
| | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| SURETY A | NAME & ADDRESS | | | Corporate Seal |
| | SIGNATURE(S) | 1.   2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1.   2. | | |

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is NOT usable | **STANDARD FORM 1418 (REV. 2/1999)** Prescribed by GSA-FAR (48 CFR) 53.228(b) |
|---|---|

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | | |
| | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY C** | NAME & ADDRESS | | | | | |
| | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY D** | NAME & ADDRESS | | | | | |
| | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY E** | NAME & ADDRESS | | | | | |
| | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY F** | NAME & ADDRESS | | | | | |
| | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY G** | NAME & ADDRESS | | | | | |
| | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| **BOND PREMIUM** ▶ | RATE PER THOUSAND ($) 100% AMOUNT 100% OF | TOTAL ($) TOTAL VALUE |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 2/1999) BACK

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND

*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* Kay-Xiong: Yang, Principal, Grantee non-assumpsit/TDC c/o Post Office Box 217 Thiensville, Wisconsin 53092-0217 | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT 05/25/2023 |
|---|---|
| | 1B. STATE OF INCORPORATION INS# A27 983 174 |

| 2. REINSURING COMPANY* KAY XIONG YANG DEPOSITORY TRUST COMPANY 55 WATER STREET 1ST FLOOR NEW YORK, NEW YORK 100441 | 2A. AMOUNT OF THIS REINSURANCE ($) 40,000,000 |
|---|---|
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 05/25/2023 |
| | 2C. STATE OF INCORPORATION INS# A27 983 174 |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| **3A. AMOUNT OF CONTRACT** 40,000,000 | | **4A. PENAL SUM OF BOND** 40,000,000 | |
| **3B. CONTRACT DATE** 05/25/2023 | **3C. CONTRACT NUMBER** 22-CV-450-JPS | **4B. DATE OF BOND** 05/25/2023 | **4C. BOND NUMBER** RF 708 107 333 US / MAIL / REG |
| **3D. DESCRIPTION OF CONTRACT** BANK INFORMATION (WELLS FARGO) ACCOUNT NUMBER: XXXXXX BANK ADDRESS: 345 PROSPERITY STREET SAN DEIGO, CA 95784 ATTN: SPECIAL SERVICES OFFICE UNITED STATES DISTRICT OF THE UNITED STATES OF THE MIDDLE DISTRICT OF NORTH CAROLINA UNITED STATES FEDERAL BUILDING AND COURTHOUSE NUMBER 22-CV-450-JPS 617 E. WISCONSIN AVE. RM. 382 MILWAUKEE, WI 53202 IN THE MATTER OF SECURITIES AND EXCHANGE COMMISSION VS. KAY X. YANG, XAPPHIRE LLC. and CHAO YANG | | **4D. PRINCIPAL*** Kay-Xiong: Yang, Principal, Grantee non-assumpsit/TDC c/o Post Office Box 217 Thiensville, Wisconsin 53092-0217 attention: A/R | |

| 3E. CONTRACTING AGENCY UNITED STATES FEDERAL BUILDING AND COURTHOUSE | 4E. STATE OF INCORPORATION (If Corporate Principal) INS# A27 983 174 |
|---|---|

## AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

## TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS: *Chao Thao*

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.          (Over)*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 273 (REV. 4/2013)**
Prescribed by GSA - FAR (48 CFR) 53.228(h)

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B(1) NAME AND TITLE *(Typed)*<br>Kay-Xiong. Yang, Principal, Grantee<br>Authorized Representative / Attorney in fact | (2) NAME AND TITLE *(Typed)* | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B(1) NAME AND TITLE *(Typed)*<br>KAY XIONG YANG | (2) NAME AND TITLE *(Typed)* | |

### INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND
*(See Instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Kay-Xiong: Yang, Principal, Grantee | 05/25/2023 |
| non-assumpsit/TDC | |
| c/o Post Office Box 217 | **1B. STATE OF INCORPORATION** |
| Thiensville, Wisconsin 53092-0217 | INS# A27 983 174 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE |
|---|---|
| KAY XIONG YANG | $ 40,000,000 |
| DEPOSITORY TRUST COMPANY | **2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT** 05/25/2023 |
| 55 WATER STREET 1ST FLOOR | |
| NEW YORK, NEW YORK 100441 | **2C. STATE OF INCORPORATION** INS# A27 983 174 |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| **3A. AMOUNT OF CONTRACT** 40,000,000 | | **4A. PENAL SUM OF BOND** $40,000,000 | |
| **3B. CONTRACT DATE** 05/25/2023 | **3C. CONTRACT NUMBER** 22-CV-450-JPS | **4B. DATE OF BOND** 05/25/2023 | **4C. BOND NUMBER** RF 708 107 333 US / MAIL / REG |

**3D. DESCRIPTION OF CONTRACT**

BANK INFORMATION (WELLS FARGO)
ACCOUNT NUMBER: XXXXXX
BANK ADDRESS: 345 PROSPERITY STREET
SAN DEIGO, CA 95764

ATTN: SPECIAL SERVICES OFFICE UNITED STATES
DISTRICT OF THE UNITED STATES OF THE MIDDLE DISTRICT OF NORTH CAROLINA
UNITED STATES FEDERAL BUILDING AND COURTHOUSE

NUMBER 22-CV-450-JPS
517 E. WISCONSIN AVE. RM. 382
MILWAUKEE, WI 53202

IN THE MATTER OF SECURITIES AND EXCHANGE COMMISSION VS. KAY X. YANG, XAPPHIRE LLC, and CHAO YANG

**4D. PRINCIPAL***

Kay-Xiong: Yang, Principal, Grantee
non-assumpsit/TDC
c/o Post Office Box 217
Thiensville, Wisconsin 53092-0217
attention: A/R

| 3E. CONTRACTING AGENCY | 4E. STATE OF INCORPORATION *(If Corporate Principal)* |
|---|---|
| UNITED STATES FEDERAL BUILDING AND COURTHOUSE | INS# A27 983 174 |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter III, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen." the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

**THEREFORE:**

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.*

*(Over)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NO... Case 2:22-cv-00450-JPS    Filed 05/30/23    Page 21 of 25    Document 52

**STANDARD FORM 274 (REV. 4/2013)**
Prescribed by GSA-FAR (48 CFR) 53.228(i)

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS: *Chao Thao*

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate |
| 5B. (1) NAME AND TITLE *(Typed)* Kay-Xiong: Yang, Principal, Grantee Authorized Representative / Attorney infact | (2) NAME AND TITLE *(Typed)* | Seal |
| 6. REINSURING COMPANY | | |
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate |
| 6B. (1) NAME AND TITLE *(Typed)* KAY XIONG YANG | (2) NAME AND TITLE *(Typed)* | Seal |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES

*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | |
|---|---|
| Kay-Xiong: Yang, Principal, Grantee<br>non-assumpsit/TDC<br>c/o Post Office Box 217<br>Thiensville, Wisconsin 53092-0217 | **1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT**<br>05/25/2023<br>**1B. STATE OF INCORPORATION**<br>INS# A27 983 174 |

| 2. REINSURING COMPANY* | |
|---|---|
| **KAY XIONG YANG**<br>**DEPOSITORY TRUST COMPANY**<br>**55 WATER STREET 1ST FLOOR**<br>**NEW YORK, NEW YORK 100441** | **2A. AMOUNT OF THIS REINSURANCE ($)**<br>40,000,000<br>**2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT**<br>05/25/2023<br>**2C. STATE OF INCORPORATION**<br>INS# A27 983 174 |

## 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)* | 3B. PENAL SUM OF BOND |
|---|---|
| BANK INFORMATION (WELLS FARGO)<br>ACCOUNT NUMBER: XXXXXXX<br>BANK ADDRESS: 345 PROSPERITY STREET<br>SAN DEIGO, CA 95764 | $ 40,000,000 |

| 3C. DATE OF BOND | 3D. BOND NUMBER |
|---|---|
| 05/25/2023 | RF 708 107 333 US / MAIL / REG |

| 3A (cont.) | 3E. PRINCIPAL* |
|---|---|
| ATTN: SPECIAL SERVICES OFFICE UNITED STATES<br>DISTRICT OF THE UNITED STATES OF THE MIDDLE DISTRICT OF<br>NORTH CAROLINA<br><br>UNITED STATES FEDERAL BUILDING AND COURTHOUSE<br>NUMBER 22-CV-450-JPS<br>517 E. WISCONSIN AVE. RM. 362<br>MILWAUKEE, WI 53202<br><br>IN THE MATTER OF SECURITIES AND EXCHANGE COMMISSION VS. KAY X. YANG,<br>XAPPHIRE LLC, and CHAO YANG | Kay-Xiong: Yang, Principal, Grantee<br>non-assumpsit/TDC<br>c/o Post Office Box 217<br>Thiensville, Wisconsin 53092-0217<br>attention: A/R |

| | 3F. STATE OF INCORPORATION *(If Corporate Principal)* |
|---|---|
| | INS# A27 983 174 |

## AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

## TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

## THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

## WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 275 (REV. 10/1998)**
Prescribed by GSA-FAR (48 CFR) 53.228(j)

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate |
| 4B.(1). NAME AND TITLE *(Typed)*<br>Kay-Xiong Yang, Principal, Grantee<br>Authorized Representative / Attorney infact | 4B.(2). NAME AND TITLE *(Typed)* | Seal |
| **5. REINSURING COMPANY** | | |
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate |
| 5B.(1). NAME AND TITLE *(Typed)*<br>KAY XIONG YANG | 5B.(2). NAME AND TITLE *(Typed)* | Seal |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF



No. **A1 336 445**

*·ORIGINAL·*

I N S Registration No. A27 983 174

Personal description of holder as of date of issuance of this certificate. Sex FEMALE ; date of birth ▮▮▮▮▮▮ ; country of birth THAILAND ; complexion MEDIUM ; color of eyes BROWN ; color of hair BLACK ; height 5 feet 0 inches; weight 100 pounds; visible distinctive marks NONE ;

Marital status SINGLE

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

*Mai Kao Xiong*
(Complete and true signature of holder)



*Seab...*

Be it known, that - - - MAI KAO XIONG - - - ,
now residing at 714 COLUMBUS AVE., AKRON, OHIO 44306
having applied to the Commissioner of Immigration and Naturalization for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act; having proved to the satisfaction of the Commissioner that (s)he is now a citizen of the United States of America, became a citizen thereof on FEBRUARY 20, 1997 and is now in the United States:

**Now Therefore**, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this SEVENTEENTH
day of JUNE nineteen hundred
and NINETY-SEVEN , and the seal of the Department
of Justice affixed pursuant to statute.

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

*Doris Meissner*
COMMISSIONER OF IMMIGRATION AND NATURALIZATION

## DEPARTMENT OF JUSTICE

FORM N-560 (REV. 11-1-87)