# Mathie, BeLinda

| | |
|---|---|
| **From:** | KAY YANG <kayyang@pm.me> |
| **Sent:** | Tuesday, May 30, 2023 10:15 PM |
| **To:** | Moye, Robert M. |
| **Cc:** | Mathie, BeLinda |
| **Subject:** | Re: SEC v. Yang |
| **Attachments:** | signature.asc |

### Notice and evidence of non-recognized, non-acceptance, non-understandable, non-retained and return to sender

to whom it may concern:

The enclosed not accepted items/documents were never opened. The enclosed documents which appear to be [Confidential Information Form, Affidavit, Police Criminal Complaint, Preliminary hearing notice, Summons or other] are not understandable and under the penalty of False Personation are not accepted – same documents must lawfully be returned.

See non-retained, non-accepted item's (above or, as attached).

The enclosures herein contain the aforementioned documents. Said documents are being returned forthwith.


Notice of Liability

Unwelcome e/mail sender: any use of this e/mail address / message or part of it by replying, forwarding, sending, retention, copying, sharing, printing, though not limited to these, any and all use constitutes acceptance and agreement of the following: accepted liability of one hundred million lawful money pre 1933 Morgan silver dollars and your full commercial is claimed and the claim is accepted by conduct of any of the above and due and owing to the e/mail user upon demand.


------- Original Message -------
On Wednesday, May 3rd, 2023 at 12:10 PM, Moye, Robert M. <MoyeR@sec.gov> wrote:

> Ms. Yang:
>
> Attached please find copies of the recent Order and Default Judgment entered by the District Court.

**Robert M. Moye**

Senior Trial Counsel

**PLAINTIFF'S EXHIBIT 1**

1
Case 2:22-cv-00450-JPS   Filed 06/13/23   Page 1 of 2   Document 58-1

Division of Enforcement-Chicago Regional Office

**OFFICE** (312) 353-1051

**MOBILE (**312) 925-0382

moyer@sec.gov

---

