## AFFIDAVIT OF TRUTH

Comes now, Chao: Yang Your Affiants, being competent to testify and being over the age of 21 years of age, after first being duly sworn under penalty of perjury to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. I, Chao: Yang am over the age of 18. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto,

2. I, Chao: Yang, suffer no legal disabilities and have personal knowledge of the facts set forth below, and

3. I, Chao: Yang, am a private citizen, private attorney general and agent of CHAO YANG executed the NOTICE OF TRUST on this date, June 14th, 2023.

By: _____ Chao Yang_____

Chao: Yang, private citizen,
private attorney general, and
agent of CHAO YANG

## NOTARY ACKNOWLEDGEMENT

State of Wisconsin        )
                          ) ss.
County of Ozaukee         )

On this 14th day of June, 2023 for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that the private citizen, private attorney general and agent for CHAO YANG, Chao: Yang, appeared before me with the and signed the documents before me, ___Tiffani Yang_____, Notary Public.

WITNESS my hand and official seal.

_____Tiffani Yang_____          Seal
NOTARY PUBLIC Signature

___5/30/2027___
My commission expires

# NOTICE FOR THE RECORD

Chao: Yang, private citizen, private attorney general and agent of CHAO YANG
c/o Post Office Box 217
Thiensville, Wisconsin [53092]

United States Federal Building and Courthouse
517 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

RE: Financial Account: 2:22-cv-0450

Let the record reflect that:

1. Let the record show, this court is not to treat me under the Trading with the Enemy Act,
2. Let the record show that I, Chao: Yang have a fee schedule filed with the Ozaukee County Register of Deeds, Document # 1139418 recorded on July 22nd, 2022 and SECURITIES EXCHANGE COMMISSION, ROBERT M. MOYE and BELINDA MATHIE has violated, trespass, dishonor,
3. Let the record show that I, Chao: Yang never consented to these proceedings or the complaints,
4. Let the record show that I, Chao: Yang never accept your offer to contract,
5. Let the record show that I, Chao: Yang have never and do not consent to being a surety for this case or any case,
6. Let the record show, I, Chao: Yang have stayed in honor since the beginning of this fraudulent complaint,
7. Let the record show there is no injured real party,
8. Let the record show, the fictitious entities, SECRURITIES EXCHANGE COMMISSION, ROBERT M. MOYE and BELINDA MATHIE were already in default and never responded to the agent, Chao: Yang's request for proof of claim nor have they rebutted his affidavit of truth,
9. Let the record show that, I, Chao: Yang, agent for CHAO YANG have satisfy this said debt and issued a $10,000,000 instrument,
10. Let the record show the instrument was deposited in United States Federal Building and Courthouse on May 25, 2023,

11. Let the record show that, to date, the instrument was not return, therefore, is full acceptance and satisfaction,

12. Let the record show, I, Chao: Yang, am the agent for CHAO YANG Estate and Trust.

By: _____ *Chao yang*

Chao: Yang, private citizen,
private attorney general, and
agent of CHAO YANG

# NOTICE OF DECLARATION OF NON-CORPORATE STATUS

Chao: Yang, private citizen, private attorney general and agent of CHAO YANG
c/o Post Office Box 217
Thiensville, Wisconsin [53092]

United States Federal Building and Courthouse
517 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

RE: Financial Account: 2:22-cv-0450

1. I, Chao: Yang, am not a corporate entity,

2. I, Chao: Yang, am a private citizen, and

3. I, Chao: Yang, am the agent for CHAO YANG Trust.

By: _____

Chao: Yang, private citizen,
private attorney general, and
agent of CHAO YANG

# NOTICE OF TRUST

CLERK USDC EDWI
FILED

2023 JUN 16  P 2: 13

Chao: Yang, private citizen, private attorney general and agent of CHAO YANG
c/o Post Office Box 217
Thiensville, Wisconsin [53092]

United States Federal Building and Courthouse
517 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

RE: Financial Account: 2:22-cv-0450

1. I, Chao: Yang, am a private citizen, private general attorney general and agent of CHAO YANG,

2. I, Chao: Yang, owner of Financial Account 2:22-cv-0450 claims all interest in this account immediately,

3. I, Chao: Yang, am the grantor / beneficiary of a trust now established,

4. Private trust is a special matter, and due to the exigent circumstances I am invoking a court of inherent equity to protect the interest of a private trust that cannot be seen by this court at law,

5. This court is damaging rights to possession, title and interest in a private trust that only a court of equity has the sole jurisdiction to see. This is not a court of special equity, and

6. These proceedings are irreparably harming the holder of right, title and interest not cognizable by a court at law. I know who the beneficiary of the private trust is, and it is not anyone in this court that I can see. It is all about status and jurisdiction.

By: _____ Chao Yang

Chao: Yang, private citizen,
private attorney general, and
agent of CHAO YANG

# AFFIDAVIT OF TRUTH

Comes now, Chao: Yang Your Affiants, being competent to testify and being over the age of 21 years of age, after first being duly sworn under penalty of perjury to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. I, Chao: Yang am over the age of 18. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto,

2. I, Chao: Yang, suffer no legal disabilities and have personal knowledge of the facts set forth below, and

3. I, Chao: Yang, am a private citizen, private attorney general and agent of CHAO YANG executed the NOTICE OF DECLARATION OF NON-CORPORATE STATUS on this date, June 14th, 2023.

By: _____ChaoYang_____

Chao: Yang, private citizen,
private attorney general, and
agent of CHAO YANG

# NOTARY ACKNOWLEDGEMENT

State of Wisconsin    )
                      ) ss.
County of Ozaukee     )

On this 14th day of June, 2023 for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that the private citizen, private attorney general and agent for CHAO YANG, Chao: Yang, appeared before me with the signed document before me, __Tiffani Yang__, Notary Public.

WITNESS my hand and official seal.

_____Tiffani Yang_____
NOTARY PUBLIC Signature

__5/30/2027__
My commission expires

Seal [Tiffani Yang Notary Public State of Wisconsin]

# AFFIDAVIT OF TRUTH

Comes now, Chao: Yang Your Affiants, being competent to testify and being over the age of 21 years of age, after first being duly sworn under penalty of perjury to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. I, Chao: Yang am over the age of 18. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto,

2. I, Chao: Yang, suffer no legal disabilities and have personal knowledge of the facts set forth below,

3. I, Chao: Yang executed the above statement on the NOTICE FOR THE RECORD on June 14, 2023 under penalty of perjury,

4. I, Chao: Yang, private citizen, private attorney general and agent of CHAO YANG served this NOTICE FOR THE RECORD on this date, June 14, 2023 to the Clerk of Courts at United States Federal Building and Courthouse, SECRURITIES EXCHANGE COMMISSION, ROBERT M. MOYE and BELINDA MATHIE.

By: _____ *Chaoyang*

Chao: Yang, private citizen,
private attorney general, and
agent of CHAO YANG

## NOTARY ACKNOWLEDGEMENT

State of Wisconsin )
) ss.
County of Milwaukee )

On this 14th day of June, 2023 for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that the private citizen, private attorney general and agent for CHAO YANG, Chao: Yang, appeared before me with the signed documents before me, __Tiffani Yang__, Notary Public.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC Signature

5/30/2027
My commission expires

Seal [Tiffani Yang Notary Public State of Wisconsin]

Chao Yang
c/o Post Office Box 217
Thiensville, Wisconsin

United States Federal Building
and Courthouse Court Clerk
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

MILWAUKEE WI 530
14 JUN 2023 PM 6 L

JUN 16 2023