

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
175 W. JACKSON BOULEVARD, SUITE 1450
CHICAGO, IL 60604

CHICAGO
REGIONAL OFFICE

CLERK USDC EDWI
FILED

2023 JUL 19 P 2: 26

July 14, 2023

VIA U.S. Mail and Email (kayyang@pm.me)
Kay X. Yang
P.O. Box 217
Mequon, WI 53092

Re: *SEC v. Yang, et al.*, Case No. 22-cv-0450, in the U.S. District Court
for the Eastern District of Wisconsin

Dear Mrs. Yang:

The Securities and Exchange Commission ("SEC") received the materials you sent via Certified Mail on July 10, 2023, including: (1) a Notice of Dishonor, Affidavit of Truth, Notary Acknowledgement, Notary Certification of Dishonor, and Certificate of Service; and (2) Notice of Affidavit of Truth, Affidavit of Truth, Notary Acknowledgement, and Certificate of Service.

Please be advised that the materials you provided contain numerous misstatements of law and fact. They have no legal significance and provide no defense or resolution of the above-captioned lawsuit. Your references to the Uniform Commercial Code and certain GSA forms are irrelevant. The amended default judgment entered by the Court on June 21, 2023 (Docket No. 62) remains in effect. You have not provided a bond to the Court and have not satisfied the financial portions of the judgment. Any representations to contrary are false.

Sincerely,

BeLinda I. Mathie
Senior Trial Counsel
Division of Enforcement

cc: See attached list

## Service List

United States District Court for the Eastern District of Wisconsin
Gina M. Colletti, Clerk of Court
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

Office of the Attorney General
Merrick B. Garland, Attorney General
U.S Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Wisconsin Department of Justice
Josh Kaul, Attorney General
P.O. Box 7857
Madison, WI 53707-7857

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
175 W. JACKSON BLVD, SUITE 1450
CHICAGO, IL 60604-2511

OFFICIAL BUSINESS



US POSTAGE ᴵᴹᴵPITNEY BOWES

ZIP 02110
02 4W
0000376185 JUL 17 2023
$ 000.63⁰

United States District Court
for the Easten District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

5G20234582 C021